**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00468-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLENE TILTON,

    Defendant.

---

**ORDER SETTING HEARING ON REVOCATION OF SUPERVISED RELEASE**

---

This matter is before the Court upon a telephone conference between Defendant's counsel and Chambers staff. On review of the file in this case, it is

ORDERED a hearing regarding the revocation of Defendant's supervised release is set for **February 27, 2009 at 9:00 a.m.**, in Courtroom A602. Defendant must be present.

DATED: November  18 , 2008

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge